LEON GREENBERG, ESQ., SBN 8094
RUTHANN DEVEREAUX-GONZALEZ, ESQ., SBN 15904
Leon Greenberg Professional Corporation
1811 South Rainbow Blvd - Suite 210
Las Vegas, Nevada 89146
(702) 383-6085
(702) 385-1827(fax)
leongreenberg@overtimelaw.com
ranni@overtimelaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERIK LUIS TZALAM CHUB, ALVARO MARCOS TZALAM CHUB, ELDER RAMIRO TZALAM TZALAM, JORGE MAURILIO MARQUIN TZALAM and SERGIO JOSE JOAQUIN HOO TZALAM, Individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> JARQUIN CONSTRUCTION L.L.C., KIWI II CONTRUCTION INC., HADFIELD DEVELOPMENT INC., and MARVIN SAMAYOA, <br><br> Defendants. | CASE NO.:  2:26-cv-00352-JCM-MDC <br><br><br> **STIPULATION AND ORDER TO STAY CASE UNTIL MAY 5, 2026 (FIRST REQUEST)** |

Pursuant to Local Rule IA 6-1 Plaintiffs ERIK LUIS TZALAM CHUB, ALVARO MARCOS TZALAM CHUB, ELDER RAMIRO TZALAM TZALAM, JORGE MAURILIO MARQUIN TZALAM and SERGIO JOSE JOAQUIN HOO TZALAM (collectively, "Plaintiffs"), through their undersigned counsel of record and all Defendants appearing, JARQUIN CONSTRUCTION L.L.C., KIWI II CONTRUCTION INC., and MARVIN

1

SAMAYOA (collectively, "Defendants"), stipulate to stay this case for all purposes until May 5, 2026.

Good cause exists to grant this stay for the following reasons:

The parties are engaged in discussions about a potential cooperative resolution of this entire dispute and believe it would assist the parties in reaching an agreement to do so by staying this case until May 5, 2026. This is the parties' first request for such a stay, which is sought in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 30th day of March 2026.

LEON GREENBERG PROFESSIONAL CORPORATION

*/s/ Ruthann Devereaux-Gonzalez, Esq.*
Leon Greenberg, Esq.
Nevada Bar No. 8094
Ruthann Devereaux-Gonzalez, Esq.
Nevada Bar No. 15904
1811 South Rainbow Blvd, Suite 210
Las Vegas, NV 89146
leongreenberg@overtimelaw.com
ranni@overtimelaw.com
*Attorneys for Plaintiffs*

DATED this 30th day of March 2026.

ASTUNO & ASSOCIATES, APC

*/s/ Robert M. Tzall*
Robert M. Tzall, Esq.
Nevada Bar No.: 13412
2470 Saint Rose Parkway Suite 202
Henderson, NV 89074
rtzall@astuno.com
*Attorney for Defendants Jarquin Construction, Kiwi II Contruction Inc., L.L.C. and Marvin Samayoa*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: _____April 1, 2026_____

2