LEON GREENBERG, ESQ., SBN 8094
RUTHANN DEVEREAUX-GONZALEZ, ESQ., SBN 15904
Leon Greenberg Professional Corporation
1811 South Rainbow Blvd - Suite 210
Las Vegas, Nevada 89146
(702) 383-6085
(702) 385-1827(fax)
leongreenberg@overtimelaw.com
ranni@overtimelaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERIK LUIS TZALAM CHUB, ALVARO MARCOS TZALAM CHUB, ELDER RAMIRO TZALAM TZALAM, JORGE MAURILIO MARQUIN TZALAM and SERGIO JOSE JOAQUIN HOO TZALAM, Individually and on behalf of others similarly situated,<br><br>          Plaintiffs,<br><br>   vs.<br><br>JARQUIN CONSTRUCTION L.L.C., KIWI II CONTRUCTION INC., HADFIELD DEVELOPMENT INC., and MARVIN SAMAYOA,<br><br>          Defendants. | CASE NO.:  2:26-cv-00352-JCM-MDC<br><br>**JOINT STATUS REPORT** |

Plaintiffs ERIK LUIS TZALAM CHUB, ALVARO MARCOS TZALAM CHUB, ELDER RAMIRO TZALAM TZALAM, JORGE MAURILIO MARQUIN TZALAM and SERGIO JOSE JOAQUIN HOO TZALAM (collectively, "Plaintiffs"), through their undersigned counsel of record and all Defendants appearing, JARQUIN CONSTRUCTION L.L.C., KIWI II CONTRUCTION INC., and MARVIN SAMAYOA (collectively,

1

"Defendants"), submit this status report pursuant to the Court's Minute Order (Doc 11) entered May 13, 2026.

The parties continue to be engaged in discussions about a potential cooperative resolution of this entire dispute and believe it would assist the parties in reaching an agreement to do so by staying this case until July 10, 2026.   The parties' discussions have involved a substantive exchange of positions and they are hopeful a resolution can be reached.  Accordingly, they ask the stay of this case be continued to July 10, 2026, upon this Status Report being "So Ordered" by the Court.

DATED this 4th day of June 2026.

LEON GREENBERG PROFESSIONAL CORPORATION

/s/ Ruthann Devereaux-Gonzalez, Esq.
Leon Greenberg, Esq.
Nevada Bar No. 8094
Ruthann Devereaux-Gonzalez, Esq.
Nevada Bar No. 15904
1811 South Rainbow Blvd, Suite 210
Las Vegas, NV 89146
leongreenberg@overtimelaw.com
ranni@overtimelaw.com
*Attorneys for Plaintiffs*

DATED this 4th day of June 2026.

ASTUNO & ASSOCIATES, APC

/s/ Robert M. Tzall
Robert M. Tzall, Esq.
Nevada Bar No.: 13412
2470 Saint Rose Parkway Suite 202
Henderson, NV 89074
rtzall@astuno.com
*Attorney for Defendants Jarquin Construction, Kiwi II Contruction Inc., L.L.C. and Marvin Samayoa*

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

DATED:   June 26, 2026

2