LEON GREENBERG, ESQ., SBN 8094
RUTHANN DEVEREAUX-GONZALEZ, ESQ., SBN 15904
Leon Greenberg Professional Corporation
1811 South Rainbow Blvd - Suite 210
Las Vegas, Nevada 89146
(702) 383-6085
(702) 385-1827(fax)
leongreenberg@overtimelaw.com
ranni@overtimelaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ERIK LUIS TZALAM CHUB, ALVARO MARCOS TZALAM CHUB, ELDER RAMIRO TZALAM TZALAM, JORGE MAURILIO MARQUIN TZALAM and SERGIO JOSE JOAQUIN HOO TZALAM, Individually and on behalf of others similarly situated,

Plaintiffs,

vs.

JARQUIN CONSTRUCTION L.L.C., KIWI II CONTRUCTION INC., HADFIELD DEVELOPMENT INC., and MARVIN SAMAYOA,

Defendants.

CASE NO.: 2:26-cv-00352-JCM-MDC

**JOINT STATUS REPORT**

Plaintiffs ERIK LUIS TZALAM CHUB, ALVARO MARCOS TZALAM CHUB, ELDER RAMIRO TZALAM TZALAM, JORGE MAURILIO MARQUIN TZALAM and SERGIO JOSE JOAQUIN HOO TZALAM (collectively, “Plaintiffs”), through their undersigned counsel of record and all Defendants appearing, JARQUIN CONSTRUCTION L.L.C., KIWI II CONTRUCTION INC., and MARVIN SAMAYOA (collectively,

"Defendants"), submit this status report to advise that the parties have fully executed a settlement agreement in this matter and intend to file a Stipulation of Dismissal with the Court on or before November 10, 2026, consistent with that agreement. The Parties request the Court continue the stay of this case for all purposes until that date, pursuant to the terms of the Parties' agreement. The Parties respectfully request the Court continue the stay of this case for a period of thirty (60) days until November 10, 2026.

DATED this 14th day of September 2026.

LEON GREENBERG PROFESSIONAL CORPORATION

*/s/ Ruthann Devereaux-Gonzalez, Esq.*
Leon Greenberg, Esq.
Nevada Bar No. 8094
Ruthann Devereaux-Gonzalez, Esq.
Nevada Bar No. 15904
1811 South Rainbow Blvd, Suite 210
Las Vegas, NV 89146
leongreenberg@overtimelaw.com
ranni@overtimelaw.com
*Attorneys for Plaintiffs*

DATED this 14th day of September 2026.

ASTUNO & ASSOCIATES, APC

*/s/ Robert M. Tzall*
Robert M. Tzall, Esq.
Nevada Bar No.: 13412
2470 Saint Rose Parkway Suite 202
Henderson, NV 89074
rtzall@astuno.com
*Attorney for Defendants Jarquin Construction, Kiwi II Contruction Inc., L.L.C. and Marvin Samayoa*

IT IS SO ORDERED.

U.S. DISTRICT JUDGE

Date: September 15, 2026