LEON GREENBERG, ESQ., SBN 8094
RUTHANN DEVEREAUX-GONZALEZ, ESQ., SBN 15904
Leon Greenberg Professional Corporation
1811 South Rainbow Blvd - Suite 210
Las Vegas, Nevada 89146
(702) 383-6085
(702) 385-1827(fax)
leongreenberg@overtimelaw.com
ranni@overtimelaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERIK LUIS TZALAM CHUB, ALVARO MARCOS TZALAM CHUB, ELDER RAMIRO TZALAM TZALAM, JORGE MAURILIO MARQUIN TZALAM and SERGIO JOSE JOAQUIN HOO TZALAM, Individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JARQUIN CONSTRUCTION L.L.C., KIWI II CONTRUCTION INC., HADFIELD DEVELOPMENT INC., and MARVIN SAMAYOA,<br><br>Defendants. | CASE NO.: 2:26-cv-00352-JCM-MDC<br><br>**JOINT STIPULATION AND ~~PROPOSED~~ ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiffs ERIK LUIS TZALAM CHUB, ALVARO MARCOS TZALAM CHUB, ELDER RAMIRO TZALAM TZALAM, JORGE MAURILIO MARQUIN TZALAM and SERGIO JOSE JOAQUIN HOO TZALAM (collectively, "Plaintiffs"), through their undersigned counsel of record and all Defendants appearing, JARQUIN CONSTRUCTION

L.L.C., KIWI II CONTRUCTION INC., and MARVIN SAMAYOA (collectively, "Defendants"), stipulate as follows:

1. That the above-captioned action is dismissed in its entirety with prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

2. Neither party shall be entitled to, nor shall seek, an award of costs, disbursements or fees, including attorneys' fees, from the other party with respect to this action.

3. This Stipulation has been made pursuant to the terms of the Settlement Agreement between the parties dated as of August 20, 2026.

DATED this 28th day of October 2026.

LEON GREENBERG PROFESSIONAL CORPORATION

*/s/ Ruthann Devereaux-Gonzalez, Esq.*
Leon Greenberg, Esq.
Nevada Bar No. 8094
Ruthann Devereaux-Gonzalez, Esq.
Nevada Bar No. 15904
1811 South Rainbow Blvd, Suite 210
Las Vegas, NV 89146
leongreenberg@overtimelaw.com
ranni@overtimelaw.com
*Attorneys for Plaintiffs*

DATED this 28th day of October 2026.

ASTUNO & ASSOCIATES, APC

*/s/ Robert M. Tzall*
Robert M. Tzall, Esq.
Nevada Bar No.: 13412
2470 Saint Rose Parkway Suite 202
Henderson, NV 89074
rtzall@astuno.com
*Attorney for Defendants Jarquin Construction, Kiwi II Contruction Inc., L.L.C. and Marvin Samayoa*

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED that the motion to dismiss (ECF No. 5) is DENIED as moot.**

James C. Mahan
UNITED STATES DISTRICT JUDGE

DATED: November 2, 2026